# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### (973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

**U.S. COURTHOUSE**
2 FEDERAL SQUARE, ROOM 369
NEWARK, NJ 07101

May 21, 2018

## LETTER ORDER

> **Re:** **Edmond v. Plainfield Board of Education**
> **Civil Action No. 11-2805 (KM)**

Dear Counsel:

At the request of the parties, the in-person conference scheduled in this matter for **May 21, 2018 at 12:00 PM** is adjourned to **June 6, 2018 at 11:30 AM**.

**IT IS SO ORDERED.**

> ____ s/ James B. Clark, III
> **JAMES B. CLARK, III**
> **United States Magistrate Judge**